IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SANGAMO CLUB, | ) | Case No. 23-70754 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**APPLICATION TO EMPLOY THOMAS WALSH and his firm AUMANN AUCTIONS, INC.**

NOW COMES Andrew S. Erickson, Chapter 7 Trustee, and for his Application to Employ Thomas Walsh and his firm Aumann Auctions, Inc. respectfully states as follows:

1. Sangamo Club ("Debtor") was a former non-for profit entity which filed its voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on September 22, 2023.

2. The chapter 7 estate includes personal property which I will likely seek this court's permission to liquidate (provided a separate carve-out agreement with the US Small Business Administration and sale(s) of the property itself are approved).

3. I propose to hire Thomas Walsh and his firm Aumann Auctions, Inc., 20114 Illinois Route 16, Nokomis, IL 62075 as Auctioneers ("Auctioneer") to catalogue, market, list, and sell personal property belonging to the chapter 7 estate (provided said sale(s) is/are separately approved by this Court).

4. I propose to compensate Auctioneer through a commission of 15% of the auction price of all property sold at approved sale(s), plus a 10% buyers premium (to be paid by Buyer(s) in addition to the hammer/sale price of each lot).

5. I further propose to reimburse auctioneer for up to $3,000.00 in marketing expenses to advertise the sale(s) once approved, and to reimburse Auctioneer for actual and necessary expenses of sale, such as equipment rentals, clean up expenses, and similar expenses incurred in conducting any court-approved auction.

6. Payment of all proposed Auctioneer fees, marketing costs, and expenses will remain subject to this Court's prior approval.

7. I believe Mr. Walsh and his firm are qualified to act as Auctioneer for the estate. Mr. Walsh is a licensed and bonded auctioneer with experience in conducting bankruptcy estate sales. I believe the fees he proposes to charge are fair and reasonable for the services to be provided, and standard within the industry.

8. I believe Auctioneer and his firm qualify as a disinterested person within the meaning of 11 U.S.C. §101(14), and are eligible for employment as a Professional pursuant to 11 U.S.C. §327. Mr. Walsh has reviewed a matrix of the debtor's creditors, and executed a Verified Statement of Disinterest which is attached hereto as **Exhibit A** and incorporated herein by reference.

9. I believe the employment of Mr. Walsh and his firm upon the terms proposed herein is in the best interest of the debtor's chapter 7 estate, and recommend this Application be granted upon the terms proposed herein.

WHEREFORE Andrew S. Erickson, Chapter 7 Trustee, respectfully requests this Court enter an Order granting this Application to Employ Auctioneer upon the terms proposed herein.

Respectfully submitted,
Andrew S. Erickson, Trustee

/s/ Andrew S. Erickson
Andrew S. Erickson
Chapter 7 Trustee
IL ARDC NO. 6305805
PO Box 438
Decatur, IL 62525-0438
(217) 425-1515
aetrustee@aericksonlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 15, 2024 he uploaded this instrument to this case through the court's CM/ECF filing system.  He has determined that the following parties, having registered with the court for electronic notice, will be delivered a copy of this instrument electronically to the email address provided:

US Trustee
James R. Enlow
Martin J. Wasserman

/s/ Andrew S. Erickson

**CERTIFICATE OF SERVICE**

I further certify that on January 15, 2024, I caused a copy of the foregoing to be sent via first-class U.S. mail to the following:

Thomas Walsh
Aumann Auctions, Inc.
20114 Illinois Route 16
Nokomis, IL 62075

/s/ Andrew S. Erickson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

In re:                                          )
                                                )
SANGAMO CLUB,                                   )   Case No. 23-70754
                                                )   Chapter 7
        Debtor.                                 )

## VERIFIED STATEMENT OF PROFESSIONAL (F.R.B.P. 2014(b))
THOMAS WALSH, AUMANN AUCTIONS, INC.

I, Thomas Walsh of Aumann Auctions, Inc. hereby make this statement according to the best of my knowledge, information and belief, formed after reasonable inquiry.

1. I am a licensed Illinois auctioneer and authorized agent of Aumann Auctions, Inc.

2. I have completed numerous court-approved bankruptcy auctions for cases pending within the Central District of Illinois, and am familiar with the requirements for conducting bankruptcy auctions/sales within this jurisdiction.

3. I have reviewed a matrix of the debtor's creditors, and believe myself and my firm are eligible for employment as professionals.

4. Neither myself nor my firm holds or represents any interest that is adverse to the bankruptcy estate.

5. I do not have any interest in, relationship to, or connection with the debtor.

6. I do not have any interest, connection, or relationship to the creditors in this case, other parties in interest or their respective attorneys and accountants.

7. I believe myself and my firm qualify as a disinterested party under 11 U.S.C. 101(14).

8. Neither myself nor my firm has any relationship with the United States Trustee or with any employee of the office of the United States Trustee for Region 10.

9. I have not shared or agreed to share any compensation for my services with any person or entity, other than a partner, employee, or regular associate of my firm.

10. If I become aware of any undisclosed matter required to be disclosed under F.R.B.P. 2014(b), I understand that I must file a supplemental statement within 15 days of becoming aware of such matter.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 1/8/2024

_____
THOMAS WALSH

**EXHIBIT A**